UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THRESHOLD ENTERPRISES LTD., | |
| Plaintiff(s), | No. C07-1400 BZ |
| v. | **BRIEFING ORDER** |
| FUNCTIONAL BRANDS, LLC, | |
| Defendant(s). | |

Defendant's motion to dismiss having been received by the Court and noticed for July 11, 2007 hearing, **IT IS ORDERED** as follows:

1. Plaintiff's opposition, if any, shall be filed by May 25, 2007;

2. Defendant's reply, if any, shall be filed by June 1, 2007.

Dated: May 9, 2007

Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\THRESHOLD\BRIEFING ORDER.wpd

1