UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

THRESHOLD ENTERPRISES LTD., a Delaware Corporation,

    Plaintiff,

  v.

FUNCTIONAL BRANDS, LLC, a Michigan Limited Liability Company,

    Defendant.
_____/

Case No. C-07-1400 BZ

**STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS**

  Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

  **Court Processes:**
    ☐ Non-binding Arbitration (ADR L.R. 4)
    ☐ Early Neutral Evaluation (ENE) (ADR L.R. 5)
  ✓ Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

  **Private Process:**
    Private ADR *(please identify process and provider)* _____

The parties agree to hold the ADR session by:

    ☐ the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

  ✓ other requested deadline   __TBD_____

Dated: June 15, 2007              /s/ Rachel L. Chanin
                      Attorney for Plaintiff

Dated: June 15, 2007              /s/ Jeffrey M. Rosenfeld
                      Attorney for Defendant

**[PROPOSED] ORDER**

Pursuant to the Stipulation above, the captioned matter is hereby referred to:

      Non-binding Arbitration
      Early Neutral Evaluation (ENE)
✓    Mediation
      Private ADR

      Deadline for ADR session
      90 days from the date of this order.
✓    other   TBD  .

IT IS SO ORDERED.

Dated: June 18, 2007



Hon. Bernard Zimmerman
UNITED STATES MAGISTRATE JUDGE

## NOTICE OF ATTESTATION

        I, Rachel L. Chanin, am the ECF User whose ID and password are being used to file this Amended ADR Certification by Parties and Counsel.  In compliance with General Order 45, X.B., I hereby attest that Jeffrey M. Rosenfeld has concurred in this filing.

DATED:  June 15, 2007　　　　　　　　　　BINGHAM McCUTCHEN LLP

　　　　　　　　　　　　　　　　　　　　By:  _____/s/Rachel L. Chanin_____
　　　　　　　　　　　　　　　　　　　　　　　　　Rachel L. Chanin

ACTIVE/72054954.1/3000546-0000324645