| | |
|---|---|
| 1 | BINGHAM MCCUTCHEN LLP |
| | TRENTON H. NORRIS (SBN 164781) |
| 2 | MONTY AGARWAL (SBN 191568) |
| | RACHEL L. CHANIN (SBN 229253) |
| 3 | Three Embarcadero Center |
| | San Francisco, CA  94111-4067 |
| 4 | Telephone:  (415) 393-2000 |
| | Facsimile:  (415) 393-2286 |
| 5 | trent.norris@bingham.com |
| | monty.agarwal@bingham.com |
| 6 | rachel.chanin@bingham.com |
| 7 | Attorneys for Plaintiff |
| | THRESHOLD ENTERPRISES LTD. |
| 8 | |
| | KRONENBERGER BURGOYNE, LLP |
| 9 | KARL S. KRONENBERGER (SBN 226112) |
| | JEFFREY M. ROSENFELD (SBN 222187) |
| 10 | 150 Post Street, Suite 520 |
| | San Francisco, CA 94108 |
| 11 | Telephone: (415) 955-1155 |
| | Facsimile: (415) 955-1158 |
| 12 | karl@kronenbergerlaw.com |
| | jeff@kronenbergerlaw.com |
| 13 | |
| | Attorneys for Defendant |
| 14 | FUNCTIONAL BRANDS, LLC |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THRESHOLD ENTERPRISES LTD., a Delaware Corporation, | No. C-07-1400 BZ |
| Plaintiff, | **JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE DISCOVERY AND EXPERT DISCLOSURES** |
| v. | |
| FUNCTIONAL BRANDS, LLC, a Michigan limited liability company; and DOES 1 through 150, inclusive, | Hon. Bernard Zimmerman |
| Defendants. | |

A/72245553.1/3000546-0000324645

No. C-07-1400 BZ

JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE DISCOVERY AND EXPERT DISCLOSURES

| | |
|---|---|
| 1 | Pursuant to Civil Local Rules 6-2 and 7-12, Plaintiff Threshold Enterprises Ltd. |
| 2 | ("Threshold") and Defendant Functional Brands, LLC ("Functional Brands") **STIPULATE** |
| 3 | **AND AGREE** as follows: |
| 4 | 1. On June 26, 2007, the Court entered an Order Scheduling Jury Trial and |
| 5 | Pretrial Matters, setting forth the following discovery and expert disclosure deadlines in this matter: |
| 6 | Close of Non-Expert Discovery:   10/30/07 |
| 7 | Last Day for Disclosure of Experts:   11/15/07 |
| 8 | Last Day for Expert Discovery:   2/15/08 |
| 9 | (Docket Entry # 29) |
| 10 | 2. To date, Threshold and Functional Brands have both served requests for |
| 11 | production and interrogatories. The parties are also in the process of meeting and conferring on |
| 12 | the scheduling of depositions. |
| 13 | 3. On September 20, 2007, the parties engaged in mediation regarding their |
| 14 | disputes in this matter. The mediation did not result in immediate settlement. |
| 15 | 4. Since the mediation, the parties have continued to engage in settlement |
| 16 | discussions. |
| 17 | 5. In light of efforts to mediate and settle the case, the parties have refrained |
| 18 | from extensive discovery. To facilitate the continuation of settlement discussions, without |
| 19 | having to engage in expensive and time consuming discovery, the parties believe it is desirable to |
| 20 | add an additional three weeks to complete necessary non-expert discovery. |
| 21 | 6. Because the parties contemplate the completion of non-expert discovery |
| 22 | after the current deadline for disclosure of experts, the parties also require additional time to |
| 23 | prepare for expert disclosures and discovery. |
| 24 | 7. Additionally, Threshold's counsel Monty Agarwal has a two week trial in |
| 25 | the Northern District of California beginning on October 22, 2007. As a result, Mr. Agarwal will |
| 26 | have very limited ability to participate in discovery, including depositions, during this time. |
| 27 | 8. The proposed continuation of discovery and expert disclosure deadlines |
| 28 | does not change the March 19, 2008 deadline for hearing dispositive motions, April 15, 2008 |

1  pretrial conference date, or May 5, 2008 trial date set forth in the Court's Pretrial Order.

2  (Docket # 29)

3      9.    No previous extensions of these dates have been sought or granted.

4      10.    Accordingly, Threshold and Functional Brands, through their respective

5  counsel, concur in the request and respectively request that the Court continue discovery and

6  expert disclosure deadlines in this matter as follows:

| | |
|---|---|
| Close of Non-Expert Discovery: | 11/20/07 |
| Last Day for Disclosure of Experts: | 12/6/07 |
| Last Day for Expert Discovery: | 3/7/08 |

**IT IS SO STIPULATED**, THROUGH COUNSEL OF RECORD:

DATED:  October 11, 2007    BINGHAM McCUTCHEN LLP

By:   /s/ Rachel L. Chanin
Rachel L. Chanin
Attorneys for Plaintiff
Threshold Enterprises, Ltd.

DATED:  October 11, 2007    KRONENBERGER BURGOYNE, LLP

By:   /s/ Jeffrey M. Rosenfeld
Jeffrey M. Rosenfeld
Attorneys for Defendant
Functional Brands, LLC

PURSUANT TO STIPULATION, **IT IS SO ORDERED**.

DATED: October 22, 2007

The Honorable Bernard Zimmerman
United States District Court
Northern District of California

| | |
|---|---|
| 1 | ATTESTATION CLAUSE |
| 2 | I, Rachel L. Chanin, am the ECF User whose ID and password are being used to |
| 3 | file this Joint Stipulation.  In compliance with General Order 45, X.B., I hereby attest that |
| 4 | Jeffrey M. Rosenfeld has concurred in this filing. |
| 5 | DATED:  October 11, 2007           BINGHAM McCUTCHEN LLP |

By:       /s/ Rachel L. Chanin
              Rachel L. Chanin