1  BINGHAM MCCUTCHEN LLP
   TRENTON H. NORRIS (SBN 164781)
2  MONTY AGARWAL (SBN 191568)
   RACHEL L. CHANIN (SBN 229253)
3  Three Embarcadero Center
   San Francisco, CA  94111-4067
4  Telephone:  (415) 393-2000
   Facsimile:  (415) 393-2286
5  trent.norris@bingham.com
   monty.agarwal@bingham.com
6  rachel.chanin@bingham.com

7  Attorneys for Plaintiff
   THRESHOLD ENTERPRISES LTD.
8
   KRONENBERGER BURGOYNE, LLP
9  KARL S. KRONENBERGER (SBN 226112)
   JEFFREY M. ROSENFELD (SBN 222187)
10 150 Post Street, Suite 520
   San Francisco, CA 94108
11 Telephone: (415) 955-1155
   Facsimile: (415) 955-1158
12 karl@kronenbergerlaw.com
   jeff@kronenbergerlaw.com
13
   Attorneys for Defendant
14 FUNCTIONAL BRANDS, LLC

15
                    UNITED STATES DISTRICT COURT
16
                  NORTHERN DISTRICT OF CALIFORNIA
17
                      SAN FRANCISCO DIVISION
18

19
   THRESHOLD ENTERPRISES LTD., a            No. C-07-1400 BZ
20 Delaware Corporation,
                                            **JOINT STIPULATION AND
21            Plaintiff,                     [PROPOSED] ORDER TO
         v.                                 CONTINUE FACT DISCOVERY
22                                          FOR LIMITED PURPOSES**

   FUNCTIONAL BRANDS, LLC, a Michigan
23 limited liability company; and DOES 1 through   Hon. Bernard Zimmerman
   150, inclusive,
24
              Defendants.
25

26

27

28
   A/72313714.1/3000546-0000324645                         No. C-07-1400 BZ

1    Pursuant to Civil Local Rules 6-2 and 7-12, Plaintiff Threshold Enterprises Ltd.

2    ("Threshold") and Defendant Functional Brands, LLC ("Functional Brands") **STIPULATE**

3    **AND AGREE** as follows:

4    1.    On June 26, 2007, the Court entered an Order Scheduling Jury Trial and

5    Pretrial Matters, setting forth the following discovery and expert disclosure deadlines in this matter:

6    Close of Non-Expert Discovery:                    10/30/07

7    Last Day for Disclosure of Experts:               11/15/07

8    Last Day for Expert Discovery:                    2/15/08

9    (Docket Entry # 29).

10    2.    On October 22, 2007, the Court entered a Joint Stipulation and Order to

11    Continue Discovery and Expert Disclosures, establishing the following new deadlines:

12    Close of Non-Expert Discovery:                    11/20/07

13    Last Day for Disclosure of Experts:               12/6/07

14    Last Day for Expert Discovery:                    3/7/08

15    (Docket Entry #37).

16    3.    To date, Threshold and Functional Brands have both served and responded

17    to interrogatories and requests for production.  The parties have met and conferred regarding the

18    production of some additional documents, and anticipate completing an exchange of documents

19    by November 30, 2007.

20    4.    The parties are also in the process of meeting and conferring on the

21    scheduling of depositions.

22    5.    On September 20, 2007, the parties engaged in mediation regarding their

23    disputes in this matter.  The mediation did not result in immediate settlement.

24    6.    Since the mediation, the parties have continued to engage in settlement

25    discussions.

26    7.    In light of efforts to mediate and settle the case, the parties have refrained

27    from scheduling depositions.   To facilitate the continuation of settlement discussions and to

28

A/72313714.1/3000546-0000324645                    1                    No. C-07-1400 BZ

JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE FACT DISCOVERY FOR LIMITED PURPOSES

1    accommodate the schedules of fact witnesses, the parties believe it is desirable to have an

2    additional month to complete depositions.

3              8.      The parties have met and conferred regarding outstanding document

4    requests.  To facilitate the collection of additional documents, the parties believe it is desirable to

5    have an additional 10 days to complete the collection and production of documents.  However,

6    the parties agree that no additional discovery requests may be served during this time.

7              9.      The proposed continuation does not change the March 19, 2008 deadline

8    for hearing dispositive motions, April 15, 2008 pretrial conference date, or May 5, 2008 trial date

9    set forth in the Court's Pretrial Order.  (Docket # 29)

10             10.     Accordingly, Threshold and Functional Brands, through their respective

11   counsel, concur in the request and respectively request that the Court continue fact discovery

12   deadlines in this matter as follows:

13             Last Day to Produce Documents:                          11/30/07

14             Last Day to Conduct Depositions:                        12/20/07

15   The close of fact discovery for all other purposes will remain November 20, 2007.

16

17   **IT IS SO STIPULATED**, THROUGH COUNSEL OF RECORD:

18
     DATED:  November 14, 2007               BINGHAM McCUTCHEN LLP
19

20
                                             By:_____/s/ Rachel L. Chanin_____
21                                                      Rachel L. Chanin
                                                      Attorneys for Plaintiff
22                                                    Threshold Enterprises, Ltd.

23    DATED:  November 14, 2007              KRONENBERGER BURGOYNE, LLP

24

25                                           By:_____/s/ Jeffrey M. Rosenfeld_____
                                                      Jeffrey M. Rosenfeld
26                                                    Attorneys for Defendant
                                                      Functional Brands, LLC
27

28

JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE FACT DISCOVERY FOR LIMITED PURPOSES

1    PURSUANT TO STIPULATION, **IT IS SO ORDERED**.

2

3    DATED:___November 14, 2007_____                    _____
                                                          The Honorable Bernard Zimmerman
4                                                         United States District Court
                                                          Northern District of California
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

A/72313714.1/3000546-0000324645                    3                              No. C-07-1400 BZ

JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE FACT DISCOVERY FOR LIMITED PURPOSES

1    <u>ATTESTATION CLAUSE</u>

2              I, Rachel L. Chanin, am the ECF User whose ID and password are being used to

3    file this Joint Stipulation.  In compliance with General Order 45, X.B., I hereby attest that

4    Jeffrey M. Rosenfeld has concurred in this filing.

5    DATED:  November 14, 2007              BINGHAM McCUTCHEN LLP

6

7                                           By:_____/s/ Rachel L. Chanin_____
                                                          Rachel L. Chanin
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE FACT DISCOVERY FOR LIMITED PURPOSES