| | |
|---|---|
| 1 | BINGHAM MCCUTCHEN LLP |
| | TRENTON H. NORRIS (SBN 164781) |
| 2 | MONTY AGARWAL (SBN 191568) |
| | RACHEL L. CHANIN (SBN 229253) |
| 3 | Three Embarcadero Center |
| | San Francisco, CA 94111-4067 |
| 4 | Telephone: (415) 393-2000 |
| | Facsimile: (415) 393-2286 |
| 5 | trent.norris@bingham.com |
| | monty.agarwal@bingham.com |
| 6 | rachel.chanin@bingham.com |
| 7 | Attorneys for Plaintiff |
| | THRESHOLD ENTERPRISES LTD. |
| 8 | |
| 9 | KRONENBERGER BURGOYNE, LLP |
| | KARL S. KRONENBERGER (SBN 226112) |
| | JEFFREY M. ROSENFELD (SBN 222187) |
| 10 | 150 Post Street, Suite 520 |
| | San Francisco, CA 94108 |
| 11 | Telephone: (415) 955-1155 |
| | Facsimile: (415) 955-1158 |
| 12 | karl@kronenbergerlaw.com |
| | jeff@kronenbergerlaw.com |
| 13 | |
| | Attorneys for Defendant |
| 14 | FUNCTIONAL BRANDS, LLC |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THRESHOLD ENTERPRISES LTD., a Delaware Corporation, | No. C-07-1400 BZ |
| Plaintiff, | **JOINT STIPULATION AND [PROPOSED] ORDER CONTINUING DEADLINE FOR DEPOSITIONS** |
| v. | |
| FUNCTIONAL BRANDS, LLC, a Michigan limited liability company; and DOES 1 through 150, inclusive, | Hon. Bernard Zimmerman |
| Defendants. | |

A/72350642.2/3000546-0000324645                                    No. C-07-1400 BZ

JOINT STIPULATION AND [PROPOSED] ORDER CONTINUING DEADLINE FOR DEPOSITIONS

Pursuant to Civil Local Rules 6-2 and 7-12, Plaintiff Threshold Enterprises Ltd. ("Threshold") and Defendant Functional Brands, LLC ("Functional Brands") **STIPULATE AND AGREE** as follows:

1. On June 26, 2007, the Court entered an Order Scheduling Jury Trial and Pretrial Matters, setting forth the following discovery and expert disclosure deadlines in this matter:

| | |
|---|---|
| Close of Non-Expert Discovery: | 10/30/07 |
| Last Day for Disclosure of Experts: | 11/15/07 |
| Last Day for Expert Discovery: | 2/15/08 |

(Docket Entry # 29).

2. On October 22, 2007, the Court entered a Joint Stipulation and Order to Continue Discovery and Expert Disclosures, establishing the following new deadlines:

| | |
|---|---|
| Close of Non-Expert Discovery: | 11/20/07 |
| Last Day for Disclosure of Experts: | 12/6/07 |
| Last Day for Expert Discovery: | 3/7/08 |

(Docket Entry #37).

3. On November 14, 2007, the Court entered a Joint Stipulation and Order to Continue Fact Discovery for Limited Purposes, establishing the following new deadlines:

| | |
|---|---|
| Last Day to Produce Documents: | 11/30/07 |
| Last Day to Conduct Depositions: | 12/20/07 |

(Docket Entry # 40).

4. Threshold and Functional Brands have completed all written discovery.

5. Threshold and Functional Brands have completed the deposition of Threshold's 30(b)(6) deponent and President.

6. The depositions of four of Functional Brands' witnesses (some of whom are also serving as 30(b)(6) deponents) are scheduled to take place in Detroit, Michigan on December 19-21st.

7. Four additional depositions remain to be scheduled. In light of the schedules of the deponents and counsel, as well as the existing deposition schedule in this case,

| | |
|---|---|
| 1 | the parties believe it is desirable to have until Friday January 18, 2008 to complete remaining |
| 2 | depositions.  However, no additional depositions shall be noticed. |
| 3 |     8.    The proposed continuation does not change the March 19, 2008 deadline |
| 4 | for hearing dispositive motions, April 15, 2008 pretrial conference date, or May 5, 2008 trial date |
| 5 | set forth in the Court's Pretrial Order.  (Docket # 29) |
| 6 |     9.    Accordingly, Threshold and Functional Brands, through their respective |
| 7 | counsel, concur in the request and respectively request that the Court continue fact discovery |
| 8 | deadlines in this matter as follows: |
| 9 | Last Day to Conduct Depositions:      1/18/08 |
| 10 | This extension applies only to previously noticed depositions. |
| 11 | **IT IS SO STIPULATED**, THROUGH COUNSEL OF RECORD: |

DATED: December 14, 2007    BINGHAM McCUTCHEN LLP

By: /s/ Rachel L. Chanin
Rachel L. Chanin
Attorneys for Plaintiff
Threshold Enterprises, Ltd.

DATED: December 14, 2007    KRONENBERGER BURGOYNE, LLP

By: /s/ Jeffrey M. Rosenfeld
Jeffrey M. Rosenfeld
Attorneys for Defendant
Functional Brands, LLC

PURSUANT TO STIPULATION, **IT IS SO ORDERED**.

DATED: December 17, 2007

The Honorable Bernard Zimmerman
United States District Court
Northern District of California

*[Seal: IT IS SO ORDERED — Judge Bernard Zimmerman — United States District Court Northern District of California]*

| | |
|---|---|
| 1 | <u>ATTESTATION CLAUSE</u> |
| 2 | I, Rachel L. Chanin, am the ECF User whose ID and password are being used to |
| 3 | file this Joint Stipulation. In compliance with General Order 45, X.B., I hereby attest that |
| 4 | Jeffrey M. Rosenfeld has concurred in this filing. |
| 5 | DATED: December 14, 2007         BINGHAM McCUTCHEN LLP |
| 6 | |
| 7 | By:       /s/ Rachel L. Chanin |
| | Rachel L. Chanin |
| 8 | |
| ... | |
| 28 | |