**KRONENBERGER BURGOYNE, LLP**
Karl S. Kronenberger (CA Bar No. 226112)
Jeffrey M. Rosenfeld (CA Bar No. 222187)
150 Post Street, Suite 520
San Francisco, CA 94108
Telephone: (415) 955-1155
Facsimile: (415) 955-1158

Attorneys for Defendant, FUNCTIONAL BRANDS, LLC

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THRESHOLD ENTERPRISES LTD., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>FUNCTIONAL BRANDS, LLC, a Michigan limited liability company; et al.,<br><br>Defendant. | Case No. C-07-01400 BZ<br><br>**STIPULATION AND [PROPOSED] ORDER WAIVING ORAL ARGUMENT FOR KRONENBERGER BURGOYNE LLP'S MOTION TO WITHDRAW AS COUNSEL OF RECORD TO FUNCTIONAL BRANDS, LLC** |

Threshold Enterprises Ltd. and counsel of record for Functional Brands, LLC do hereby stipulate and agree to waive the oral argument for Kronenberger Burgoyne, LLP's Motion to Withdraw as Counsel to Defendant Functional Brands, LLC, and respectfully request that the Court order the same.

Dated: March 10, 2008

KRONENBERGER BURGOYNE, LLP

By: _____
Karl S. Kronenberger

Movant & Attorney of Record for
Defendant, Functional Brands, LLC

Dated: March 10, 2008

BINGHAM McCUTCHEN, LLP

By: /s/Rachel L. Chanin
Rachel L. Chanin

Attorneys for Plaintiff, Threshold
Enterprises, Ltd.

~~IT IS SO ORDERED:~~ DENIED AS MOOT

Dated: March 10, 2008

_____
HONORABLE BERNARD ZIMMERMAN

Magistrate Judge, United States District
Court for the Northern District of California

**ATTESTATION OF CONCURRENCE IN FILING**

Pursuant to N.D. Cal. General Order No 45, section 45X(B), I, Jeffrey M. Rosenfeld, hereby attest that concurrence in the filing of this stipulation and proposed order has been obtained from counsel for Plaintiff, Threshold Enterprises, Ltd., who has provided the conformed signature above.

KRONENBERGER BURGOYNE, LLP
150 Post Street, Suite 520
San Francisco, CA 94108
www.KronenbergerLaw.com